HARRY L. VOGT, Appellant, v. HARRY M. CHAMPLIN, Respondent.

*Vogt v. Champlin*, 175 App. Div. 965, affirmed.

(Argued June 2, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 18, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. While working at a planer operated by steam power plaintiff's hand was caught between the rollers resulting in its loss. It was alleged that defendant was negligent in that he did not provide the plaintiff with a safe place to work; that he did not provide the plaintiff with a sufficient number of competent and experienced fellow-servants; that he did not keep the machinery in his factory free from defects; that he failed and neglected to comply with the laws of the state of New York enacted and concerning the safety of the plaintiff and his other employees, while working in the factory. The answer contained a general denial and a defense of contributory negligence.

*James O. Sebring* for appellant.

*Monroe Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.